IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OHIO DISTRICT
EASTERN DIVISION

DAVID R. GRAHAM,

    Plaintiff,

v.                                              Case No. 2:20-cv-2476
                                                 JUDGE EDMUND A. SARGUS, JR.
COMMISSIONER OF SOCIAL SECURITY,   Magistrate Judge Elizabeth P. Deavers

    Defendant.

## OPINION AND ORDER

On July 6, 2021 Magistrate Judge Deavers issued a Report and Recommendation to the effect that the decision of the Commissioner denying disability benefits to Plaintiff David R. Graham be AFFIRMED. (ECF No. 19.) Mr. Graham through counsel has filed a timely objection. (ECF No. 20.)

The undersigned has reviewed Plaintiff's objections, the Magistrate Judge's Report and Recommendation, the Administrative Law Judge's decision, and the record below. For the reasons set forth by the Magistrate Judge, the Court agrees that the Commissioner's decision denying disability benefits should be affirmed. The Court therefore ADOPTS the Report and Recommendation. The decision of the Commissioner of Social Security denying benefits is AFFIRMED.

The Clerk Shall enter final judgment in favor of the Defendant.

    **IT IS SO ORDERED.**

Date: 9/14/2021                                     s/Edmund A. Sargus, Jr.
                                                      EDMUND A. SARGUS, JR., JUDGE
                                                      UNITED STATES DISTRICT COURT